UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 14-1469

Caption [use short title]

Motion for: Enlargment of time to file brief/joint appendix

Chen v. The City University of New York et al.

Set forth below precise, complete statement of relief sought:

Appellant is seeking an enlargment of the time to file her brief and the joint appendix until August 26, 2014. This is the first request for an enlargement of time. Appellee consents to this respectful request.

MOVING PARTY: Ya-Chen Chen
[✓] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

OPPOSING PARTY: The City University of New York et al.

MOVING ATTORNEY: Matthew S. Porges, Esq.

OPPOSING ATTORNEY: David Lawrence, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Law Office of Matthew S. Porges, Esq.
641 President Street, Suite 205
Brooklyn, New York 11215
(718) 673-2578 (Phone) mspesq@mspesq.com

New York State Office of the Attorney General
120 Broadway, 25th Floor
New York, New York 10271
(212) 416-8023 (Phone) David.Lawrence@ag.ny.gov

Court-Judge/Agency appealed from: The Honorable Ronnie Abrams, U.S.D.J.

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this Court?   [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?   [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [✓] No   If yes, enter date:_____

Signature of Moving Attorney:
/s/ Matthew Porges   Date: July 30, 2014   Has service been effected? [✓] Yes [ ] No [Attach proof of service]

---

## ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YA-CHEN CHEN,

                  Plaintiff/Appellant,

-against-

THE CITY UNIVERSITY OF NEW YORK,
ROBERT PAASWELL, *Individual and Official
Capacity as former President of the City College of
New York*, BETH LESEN, *Individual and Official
Capacity*, RICHARD F. CALICHMAN, *Individual
and Official Capacity*, and GERALDINE MURPHY,
*Individual and Official Capacity*,

                  Defendants/Appellees.
-----------------------------------------------------------------x

**DECLARATION IN SUPPORT**

Docket Number 14-1469

Matthew S. Porges, an attorney duly admitted to practice law in Courts of the State of New York and in this Court, hereby declares and affirms to the following under penalty of perjury:

1. I am the attorney for Plaintiff-Appellant Ya-Chen Chen in this appeal. I submit this declaration in support of Plaintiff-Appellant's instant motion for an extension of the time for Plaintiff-Appellant to file her brief and the joint appendix.

2. The reason for this respectful request is that Defendants-Appellees' counsel will not be able to approve the joint appendix in time for that joint appendix to be printed and filed and also cited in Plaintiff-Appellant's brief.

3. On July 28, 2014, I learned, through an automatic reply e-mail, that David Lawrence III, lead appellate counsel for Defendants-Appellees, would be out of the office until August 11, 2014.

4. Upon learning that information, I contacted Christopher Coulston, trial counsel for Defendants-Appellees, on the same day, forwarding to Mr. Coulston the proposed joint appendix and the same request for approval of same.

5. When I did not receive a response from Mr. Coulston, I, on July 30, 2014, forwarded the joint appendix and same request for approval to Assistant Solicitor General Valerie Figueredo, who was covering Mr. Lawrence's cases, according to his automatic reply message. I then called Ms. Figueredo and she informed me that Mr. Lawrence, as the handling appellate counsel, would have to personally approve the joint appendix. Ms. Figueredo further informed me that Defendants-Appellees would, therefore, consent to an extension of the time to file the joint appendix and brief.

6. Since Mr. Lawrence will not return to the office until August 11, 2014 and would then have to approve the joint appendix before it is printed by the appellate printer and then cited in Plaintiff-Appellant's brief, Plaintiff-Appellant respectfully requests that this Honorable Court enlarge Plaintiff-Appellant's time to file the joint appendix and her brief until August 26, 2014. At present, the brief and joint appendix are due on August 6, 2014.

7. Therefore, Plaintiff-Appellant respectfully requests that this enlargement of time, from August 6, 2014 to August 26, 2014, be granted, on consent, forthwith.

        Respectfully submitted,

*[signature]*
MATTHEW S. PORGES (MP-5826)
Law Office of Matthew S. Porges, Esq.
*Attorney for Plaintiff-Appellant*
641 President Street, Suite 205
Brooklyn, New York 11215
Phone: (718) 673-2578
Facsimile: (718) 619-8654
E-mail:  mspesq@mspesq.com