# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge*

_____

Ya-Chen Chen,

Plaintiff - Appellant,

v.

The City University of New York, Robert Paaswell, Individual and in Official Capacity, Beth Lesen, Individual and Official capacity, Richard F. Calichman, Individual and Official capacity, Geraldine Murphy, Individual and Official capacity,

Defendants - Appellees.

_____

**ORDER**
Docket No. 14-1469

    Appellant's counsel moves for an extension of time until August 26, 2014, to file Appellant's brief and the joint appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective August 26, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

    For the Court:

    Catherine O'Hagan Wolfe,

    Clerk of Court

